# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2524
LT Case Nos. 16-2004-CF-006188-A

_____

CARLOS ISIAH STRICKLAND,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.850 Appeal from the Circuit Court for Duval County.
Mark Jeffrey Borello, Judge.

Carlos Isiah Strickland, Live Oak, pro se.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.

January 20, 2026

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT and MACIVER, JJ., concur.

———————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————